# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# No. 1:21-cv-00042

| | |
|---|---|
| **ANGELA STALEY**, individually and on behalf of all others similarly situated | )<br>)<br>) |
| **Plaintiff**, | )<br>) |
| v. | )   **CONSENT MOTION FOR** |
| | )   **APPROVAL OF COLLECTIVE** |
| **UMAR SERVICES, INC.**, | )   **ACTION SETTLEMENT** |
| | ) |
| **Defendant.** | )<br>) |

Plaintiff Angela Staley ("Named Plaintiff") and Opt-In Plaintiffs Cavelle Lollar, Cassandra Alston, Courtney Cathcart, David Harwood, Freddie Pate, Imanie Hayes, Jessica Gibbs, Nikita McKoy, Regina Malone, Rhonda Jones, Shelby Allen, Vonda Hoover, and Yvette Whitaker ("Opt-In Plaintiffs") (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an Order:

1. Approving the Parties' Settlement and General Release Agreement ("Settlement Agreement"), including the payments to Plaintiffs, the release of claims, and payment of attorneys' fees. A copy of the proposed Settlement and General Release Agreement ("Settlement Agreement") is attached as Exhibit 1 to Plaintiffs' Memorandum in Support of Motion for Approval of Settlement of Collective Action.

2. Entering a judgment dismissing this case *with* prejudice for Plaintiffs only, in accordance with the terms of the Settlement Agreement.

3. Defendant consents to the relief requested in this motion. In addition,

Defendant has reviewed and authorized filing the accompanying Memorandum in Support of Consent Motion for Approval of Settlement of Collective Action, and all accompanying pleadings.

4. Directing that the Gross Settlement Amount be distributed in accordance with the terms of the Settlement Agreement.

5. A proposed Order is submitted for the Court's consideration.

Dated: November 9, 2023.

Respectfully submitted,

s/ Corey M. Stanton
Philip J. Gibbons, Jr., NCSB #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Suite 325
Charlotte, NC 28277
Telephone: 704-612-0038
Email: phil@gibbonslg.com
corey@gibbonslg.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on November 9, 2023, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255
*Attorney for Plaintiffs*
