IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANGELA STALEY, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     1:21CV42<br>) |
| UMAR SERVICES, INC., | )<br>) |
| Defendant. | )<br>) |

**ORDER**

This matter is before the Court on the Plaintiffs' Consent Motion for Approval of Collective Action Settlement. (ECF No. 49.)

The Plaintiffs' Consent Motion for Approval of Collective Action Settlement, (ECF No. 49), is **GRANTED** as follows:

(1) the Parties' proposed Settlement is **APPROVED**, including:
 a. the payment to Plaintiffs,
 b. the release of claims, and
 c. payment of attorneys' fees as set forth therein; and

(2) the action is **DISMISSED** in its entirety ***with*** prejudice for the Named Plaintiff and Opt-in Plaintiffs only.

**IT IS SO ORDERED**.

This, the 28th day of December 2023.

/s/ Loretta C. Biggs
United States District Judge